```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

VICTOR MARTINEZ,                  :
                                  :
      Plaintiff               :      No. 1:15-CV-01074
                                  :
  vs.                             :      (Judge Kane)
                                  :
BRIAN Y. COLEMAN, et al.,         :
                                  :
      Defendants              :

## MEMORANDUM

## Background

On June 1, 2015, Victor Martinez, an inmate presently confined at the State Correctional Institution at Fayette, Labelle, Pennsylvania ("SCI-Fayette"), filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Doc. 1. The defendants named in the complaint are the following individuals employed by the Pennsylvania Department of Corrections: (1) Brian Y. Coleman, who is alleged to be located at SCI-Fayette; (2) John E. Wetzel, referred to as the "Commissioner of Central Office of Department of Corrections" Camp Hill, Pennsylvania;" and (3) E. Ireland referred to as the "Deputy Secretary of Department of Corrections, Mechanicburg, Pennsylvania. Along with his complaint, Martinez submitted a motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915. Martinez was granted in forma pauperis status on September 15, 2015. By order of October 29, 2015, Martinez's complaint was dismissed pursuant to the screening provisions of the Prison Litigation Reform Act with leave to file an amended

complaint.  On October 30, 2015, that order which was mailed to Martinez at SCI-Fayette was returned to the court with the notation on the envelope "Return to Sender Not Deliverable As Addressed Unable to Forward."  However, there was a notation on the envelope that Martinez's new address is SCI-Coal Township, 1 Kelley Dr., Coal Township, PA 17866-1020.  Martinez inmate number is JH-5629.  A review of the Pennsylvania Department of Corrections inmate locator confirms that Martinez is presently located at SCI-Coal Township.  Consequently, the court will direct the Clerk of Court to send Doc. 12 to Martinez at his new address and as well as note on the docket his new address.  Furthermore, Martinez will be granted an additional period of time to comply with the October 29, 2015, order.

      An appropriate order will be entered.