**UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTOR MARTINEZ, | : | |
| | : | |
| Plaintiff | : | No. 1:15-CV-01074 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| BRIAN Y. COLEMAN, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall resend Document 12 to Martinez at the following address: Inmate Number JH 5629, State Correctional Institution at Coal Township, 1 Kelley Dr., Coal Township, PA 17866-1020.

2. Martinez's complaint is dismissed for failure to comply with Fed. R. Civ. P. 8(a) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint, consistent with the background of this order, within twenty (20) days of the date hereof.

3.   If Martinez fails to file an amended complaint within twenty (20) days of the date hereof, the Clerk shall close this case without further order of court.


      S/ Yvette Kane
      Yvette Kane
      United States District Judge


Date: November 5, 2015